UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOE RODRIGUEZ,
Plaintiff,

v.

EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-08863-JST

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: August 31, 2026

JON S. TIGAR
United States District Judge