United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOE RODRIGUEZ,
Plaintiff,
v.
EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-08863-TLT

**ORDER OF DISMISSAL**

On August 24, 2026, the Clerk opened this action based on a *pro se* civil rights complaint mailed to the Court by plaintiff from the Correctional Training Facility (CTF), a facility which participates in prison email filing with this Court. Dkt. No. 1. The same day, the Clerk sent him a notice directing him to file his complaint and an application to proceed *in forma pauperis* (IFP) by prison email, as required by General Order No. 76, or submit a motion asking to file his complaint and IFP application by mail, by September 8, 2026. *Id.* The Clerk also sent him a notice directing him to file an IFP application or pay the filing fee. Dkt. No. 3. On August 27, 2026, the clerk sent a copy of the docket sheet and the two notices mentioned above. Plaintiff's deadline to comply with General Order No. 76 and complete an *in forma pauperis* application or pay the filing fee has passed.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be filed in compliance with General Order No. 76 or include a motion asking to file by mail. It must also include a completed *in forma pauperis* application or payment of the full filing fee.

**IT IS SO ORDERED.**

Dated: October 13, 2026

TRINA L. THOMPSON
United States District Judge